IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN D'ALFONSO : CIVIL ACTION

v. :

EUGENE D. CARPINO III, et al. : NO. 07-4816

**ORDER**

AND NOW, this 10th day of August, 2009, after consideration of Plaintiff's Case Status Report and for the reasons stated in the foregoing Memorandum, it is hereby ORDERED as follows:

1. The Clerk of Court transfer said case from the Civil Suspense File to the current docket for final disposition.

2. Plaintiff's claim is DISMISSED with prejudice.

3. The Clerk shall close this case.

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL 07-08\07-4816 D'Alfonso v. Carpino\D'Alfonso v. Carpino - Memo Order dismiss case.wpd

cc: D'Alfonso (mail)